# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
JUL 11 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>v.<br>Valentin Chiquito MARTINEZ<br><br>Defendant(s) | ) ) ) ) ) ) ) )<br>Case No. 1:19-MJ-00108-SKO |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 30, 2019** in the county of **Fresno** in the **Eastern** District of **California**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 922(g)(1) | Possession of a Firearm by a Convicted Felon<br><br>Penalties: 10-year maximum term of imprisonment; fine of up to $250,000; up to 3 years of supervised release; $100 special assessment |

This criminal complaint is based on these facts:

See Attached Affidavit of HSI Special Agent Jackie Lovato, which is incorporated herein by reference.

☑ Continued on the attached sheet.

_____
Complainant's signature

Jackie Lovato, HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: **July 11, 2019**

_____
Judge's signature

City and state: **Fresno, California**

Sheila K. Oberto, U.S. Magistrate Judge
Printed name and title

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>Valentin Chiquito MARTINEZ,<br>　　　　Defendants. | CASE NO.<br>AFFIDAVIT OF HSI SA JACKIE LOVATO |

I, Jackie Lovato, being duly sworn, hereby depose and state as follows:

　　1.　　I am a Special Agent with the Department of Homeland Security, United States Homeland Security Investigations (HSI), presently assigned to the Office of the Assistant Special Agent in Charge, Fresno, California (HSI/Fresno). I have been employed as an HSI Special Agent since 2018. As part of my daily duties as an HSI SA, I investigate offenses in violation of Title 18 U.S.C. § 922. As such, I conduct investigations of criminal violations relating to the unlawful possession of firearms by a prohibited person, in violation of Title 18 U.S.C. §§ 922(g). I have received training in the area of federal firearm statutes. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program and the United States Homeland Security Investigations Special Agent Training Program.

　　2.　　This affidavit is made in support of a criminal complaint for Valentin Chiquito MARTINEZ for violating the following federal statute:

　　　　a.　　Title 18 U.S.C. § 922(g)(1) which makes it a crime for any person who has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year to possess a firearm that traveled in and affected interstate and foreign commerce.

AFFIDAVIT　　　　　　　　　　　　　　　　1

3.      The information contained in this affidavit is based upon my personal observations and training and, where noted, information related to me by other law enforcement officers and/or agents. Because this affidavit is written solely for the purpose of establishing probable cause for issuance of a criminal complaint, not all results of this investigation have been included herein.

4.      HSI/Fresno, has conducted a federal firearm investigation of the subject, Valentin Chiquito MARTINEZ (hereinafter referred to as "MARTINEZ"). As stated further in this Affidavit, evidence has been obtained revealing that MARTINEZ, a convicted felon, unlawfully possessed a .45 caliber Glock 30 handgun.

5.      According to reports from the Fresno County Sheriff's Office (hereinafter referred to as "FCSO"), on May 30, 2019, while on patrol in the Fresno, California area, FCSO Detective Sosin conducted a traffic stop on a vehicle driven by Priscilla DELGADO, for violating California Vehicle Code VC 22450(a) – Failure to stop at a stop sign. DELGADO was questioned and identified as having a suspended license. FCSO Detective Sosin requested consent to search DELGADO's vehicle and consent was granted by DELGADO. During the traffic stop, MARTINEZ was encountered as a back-seat passenger of the vehicle. MARTINEZ exited the vehicle prior to the search. After all the occupants had exited the car, FCSO Detective Yang began to search it. In the backseat-passenger area of the car, Detective Yang saw an open, red tool bag. The handle of a firearm was poking out of the bag in plain view. Detective Yang notified FCSO detectives that a handgun with ammunition was in the vehicle. MARTINEZ immediately stated to the FCSO detectives, "Everything in the backseat is mine."

6.      Shortly thereafter, FCSO Yang continued to search the vehicle and retrieved a Glock 30, .45 caliber handgun in a red "Bridgestone" tool bag located next to where MARTINEZ was seated in the back seat. Various rounds of ammunition were also found in the red tool bag including a loaded Glock .45 caliber magazine containing seven (7) rounds. MARTINEZ was asked if he had any other contraband on him and admitted to having "dope" in his possession. FCSO Detective Sosin retrieved a "zip-loc" style

bag from MARTINEZ's person and three individual bags containing a white crystal-like substance were inside.

7. During the post-Miranda interview, conducted by FCSO Detective Sosin, in summary, MARTINEZ stated that the firearm was for his protection. MARTINEZ admitted to FCSO detectives the Glock handgun, methamphetamine and contents of the bag all belonged to him.

8. Subsequently, MARTINEZ was arrested for violations of the State of California Penal Code (PC) 29800(a) (1), Possession of Firearm by Felon or narcotic Drug User, PC 25850(a), Loaded Firearm in Public (Person or Vehicle), PC 30305(a)(1), Person Prohibited from a Firearm shall not Possess Ammunition. MARTINEZ was also arrested for violating various California Health and Safety Codes including 11370.1(a) Possession of a Controlled Substance while Armed with Loaded Firearm.

9. The .45 caliber Glock 30 handgun, Glock magazine, and seven (7) rounds of .45 caliber ammunition were transported and booked into Fresno Sheriff's Office evidence.

10. On June 7, 2019, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent Eric Anderson, who has specialized training in the manufacture, origin, and identification of firearms and ammunition, was contacted. SA Anderson told me the Glock 30 handgun listed in the aforementioned report and seized from MARTINEZ, was not manufactured in the State of California, and therefore, traveled in and affected interstate commerce. SA Anderson made this determination by viewing a photograph that was attached to the FCSO report and not by viewing the actual items of evidence.

11. I reviewed Fresno County Superior Court records and criminal history related to MARTINEZ, and found that MARTINEZ has suffered the following prior felony conviction punishable by more than a year imprisonment:

a. January 14, 2013, felony conviction for violation of the State of California Penal Code 10851(A) – Take Vehicle without Owners Consent/ Vehicle Theft, sentenced two (2) years in local prison; (Fresno County Case #F12300278 and F11300201 concurrent sentence).

12. I have reviewed the court paperwork related to MARTINEZ's January 14 felony conviction. Specifically, I reviewed the Felony Advisement, Waiver of Rights, and Plea Form. MARTINEZ initialed the form, acknowledging the 4-year maximum possible sentence for his conviction.

13. On the basis of the aforementioned facts and circumstances described in this Affidavit, it is my belief that there is probable cause to believe that the subject, MARTINEZ, is in violation of Title 18 U.S.C. §§ 922(g)(1) - Felon in Possession of a Firearm.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Jackie Lovato, Special Agent
U.S. Homeland Security Investigations
U.S. Department of Homeland Security

Sworn to before me, and subscribed in my presence,
This 11th day of July, 2019.

_____
Hon. Sheila K. Oberto
United States Magistrate Judge

Reviewed as to form:

/s/ Justin J. Gilio
JUSTIN J. GILIO
Assistant U.S. Attorney

AFFIDAVIT                                4