Miles A. Harris, SBN 247288
LAW OFFICE OF MILES A. HARRIS, ESQ.
2115 Kern Street, Ste. 101M
Fresno, California 93721
Phone: 559-492-9572
Fax:    866-466-9688

Attorney for Defendant, VALENTIN MARTINEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.: 1:19-CR-00165-001 DAD |
| ) | |
| Plaintiff, ) | STIPULATION TO RESET SCHEDULE FOR |
| ) | PRESENTENCE INVESTIGATION AND |
| vs. ) | SENTENCING; ORDER |
| ) | |
| VALENTIN CHIQUITO MARTINEZ, ) | Honorable Judge Dale A. Drozd |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that dates for the Presentence Investigation Schedule and Sentencing be reset.

The parties (AUSA and Defense Counsel) base this stipulation on good cause as follows: Defense counsel shared with both probation and AUSA difficulties and delays in obtaining important and relevant information to complete the presentence investigation as previously scheduled. These delays were caused in part to Defendant's ongoing health concerns as well as recent COVID quarantine status due to exposure. These delays prevented Defendant's ability to meet with counsel in order to provide necessary documentation and execute appropriate releases.

I have contacted my client to advise of the issues and my request to set the matter over. He agrees to a continuance. I have also notified the AUSA, Justin Gillio, who was not opposed to the request. The parties agree that a stipulation is appropriate in order to allow those issues to be resolved prior to proceeding to sentencing on Mr. Martinez's case. Without objection all parties agree to reset the presentence schedule to reflect a new sentencing date of February 19, 2021 or as soon thereafter as may please the court.

For the above stated reason, the stipulated continuance will conserve time and resources for both parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161 (h) (7) (A) and 3161 (h) (7) (B) (ii).

DATED:  NOVEMBER 23, 2020                              JUSTIN J.  GILIO
                                                                                  United States Attorney
                                                                                  By: /S/Justin J. Gilio
                                                                                  United States Attorney


DATED: NOVEMBER 23, 2020                              By: /S/Miles A. Harris
                                                                                  Attorney for Defendant
                                                                                  Valentin Chiquito Martinez

## **ORDER**

IT IS SO ORDERED.

   Dated:  **November 24, 2020**                    _____
                                                                                  UNITED STATES DISTRICT JUDGE